UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>          Plaintiffs,<br><br>    v.<br><br>DESTINATION MATERNITY CORPORATION,<br><br>          Defendants. | Case No. 19-cv-06790-SI<br><br>STATISTICAL CLOSING |

The Court has been notified by counsel for Destination Maternity Corporation that on October 21, 2019, DMC filed petition under Chapter 11 in the Bankruptcy Court in the District of Delaware.

**IT IS HEREBY ORDERED** this case shall be statistically closed pending the completion of the bankruptcy proceeding.

Dated: 12/12/19

_____
SUSAN ILLSTON
United States District Judge